**Order entered January 29, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00020-CV

### BRENDA KAPPOS, Appellant

### V.

### DOUGLAS F. BAXTER, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-11757

# ORDER

Before the Court is appellant's January 25, 2019 request for additional time to file the clerk's and reporter's records. Also before the Court is the letter from the Dallas County District Clerk explaining that the clerk's record has been prepared but appellant refuses to pay for it. Rather, appellant requests that the clerk's record contain only the docket sheet, the original petition, order appealed, notice of appeal, and request for the clerk's record.

Barring an agreement between the parties, the clerk's record must include, as pertinent here, (1) all pleadings on which the trial was held, (2) the court's judgment or other order that is being appealed, (3) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion, (4) the notice of appeal, (5) any requests for the clerk's record and reporter's record, (6) a certified bill of costs including the cost of preparing

the clerk's record, showing credits for payments made, and (7) any filing that a party designates to have included in the record.  *See* TEX. R. APP. P. 34.5(a)(1), (5), (6), (7), (9), (10), (11), (13). Accordingly, we **GRANT** appellant's motion as follows.  We **ORDER** Dallas County District Clerk Felicia Pitre to file a clerk's record that complies with rule 34.5 by **February 12, 2019**.

We further **ORDER** appellant to file, by **February 26, 2019**, written verification that she has requested preparation of the reporter's record.  We caution appellant that if she fails to comply, the Court may order the appeal be submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/     BILL WHITEHILL
         JUSTICE